SMITHERS LAW FIRM
EDWARD W. SMITHERS (121268)
ews@smitherslf.com
MARY ANN O'HARA (136379)
mao@smitherslf.com
303 Twin Dolphin Drive
Suite 600
Redwood City, California  94065
Telephone:  (408) 271-1200

Attorneys for Plaintiffs,
GENESIS 1 OIL SERVICES LLC,
TIVOLI, INC., AND SLINGSHOT
PEOPLE, LLC

UNITED DISTRICT COURT FOR
THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENESIS 1 OIL SERVICES LLC, a Delaware limited liability company; TIVOLI, INC., a Texas corporation; and SLINGSHOT PEOPLE, LLC, a California limited liability company,<br><br>                Plaintiffs,<br><br>     v.<br><br>WISMANN GROUP, LLC, a California LLC; WILLIAM WISMANN, an individual,<br><br>                Defendants. | **CASE NO.**<br><br>**NOTICE OF INTERESTED PARTIES PURSUANT TO CENTRAL DISTRICT LOCAL RULE 7.1-1** |

NOTICE OF INTERESTED PARTIES, ETC.
CASE NO.
SMITHERS LAW FIRM

1

Plaintiffs Genesis 1 Oil Services LLC ("Genesis") Tivoli, Inc. ("Tivoli") and Slingshot People, LLC ("Slingshot") (collectively "Plaintiffs") hereby file this Notice of Interested Parties pursuant to Central District of California Local Rules 7.1-1.  The undersigned, counsel of record for Plaintiffs, certifies that the following listed parties may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Genesis is owned 42.5% by Slingshot, 42.5% by defendant Wismann Group, LLC ("WG"), and 15% by Tivoli;
2. Slingshot is owned by four members each with a 25% membership interest:  Jimmy Smith, Egypt McKee, Michael Weisman, and Edward Collins;
3. WG, on information and belief, is owned by defendant William Wismann.
4. Tivoli is owned 100% by Susan Adelman.

NOTICE OF INTERESTED PARTIES, ETC.
CASE NO.
SMITHERS LAW FIRM

2

5. There is no parent corporation of any of the Plaintiffs, or any publicly held corporation owning 10% or more of the stock of any of the Plaintiffs.

DATED: November 2nd, 2020            SMITHERS LAW FIRM

By:

/s/ _____
Edward W. Smithers

Attorneys for Plaintiffs,
GENESIS 1 OIL SERVICES LLC,
TIVOLI, INC; SLINGSHOT
PEOPLE, LLC

NOTICE OF INTERESTED PARTIES, ETC.
CASE NO.
SMITHERS LAW FIRM

3